GEORGE G. WEICKHARDT (SBN 58586)
ANDREW J. CHO (SBN 240957)
CHRISTOPHER W. VINCENT (SBN 227021)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105-1667
Telephone:  (415) 543-4800
Facsimile:  (415) 972-6301
Email:   gweickhardt@rmkb.com
         cvincent@rmkb.com

Attorneys for defendant and counterclaimant
CHASE BANK USA, N.A., erroneously sued
herein as CHASE BANK USA, N.A. A Corporation
A.K.A. JPMorgan Chase

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 10 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HAROLD HANEY,

　　　　　Plaintiff,

v.

LAW OFFICES OF RORY W.
CLARK, RORY W. CLARK, CHASE
BANK USA, N.A., A Corporation
AKA JPMorgan Chase,

　　　　　Defendants.

---

CHASE BANK USA, N.A.,

　　　　　Counterclaimant,

v.

HAROLD HANEY,

　　　　　Counterdefendant.

Case No. SACV 10-663-AG (RNBx) ~~10-cv-0663 AG (RNBx)~~

[~~PROPOSED~~] JUDGMENT

On January 9, 2012, at 10:00 a.m., the Motion for Summary Judgment of defendant Chase Bank USA, N.A. ("Chase"), erroneously sued herein as "Chase Bank USA, N.A. A Corporation A.K.A. JPMorgan Chase," came on regularly to be heard in the above-entitled court, before the Honorable Andrew J. Guilford.

RC1/6222827.1/CWV

[PROPOSED] JUDGMENT
CASE NO. 10-CV-0663 AG (RNB)

Christopher W. Vincent appeared for Chase, and William R. Kennon appeared on behalf of plaintiff Harold Haney ("Plaintiff").

Having reviewed and considered the pleadings and the papers filed in support of and in opposition to the motion, including the statement of uncontroverted facts and conclusions of law and supporting evidence, and the points and authorities submitted by each party, and having heard the oral argument of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Chase Bank USA, N.A's Motion for Summary Judgment is granted; and

2. Plaintiff's complaint against Chase is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: JAN 10, 2012

THE HONORABLE ANDREW J. GUILFORD